IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GERALD BURGE and DARRELL ROSS                                    PLAINTIFFS

VERSUS                                               CIVIL ACTION NO. 1:03cv178WJG-JMR

SUSAN SMITH WILLIAMS                                              DEFENDANT

FINAL JUDGMENT

This cause came on for trial before the Court without a jury on February 22, 2005. Pursuant to the Bench Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the complaint for specific performance be, and is hereby, denied. It is further,

ORDERED AND ADJUDGED that this case be dismissed, with prejudice. It is further,

ORDERED AND ADJUDGED that the parties bear their respective costs associated with this lawsuit.

SO ORDERED AND ADJUDGED, this the 29th day of November, 2005.

/s/     *Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE